**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000318
15-AUG-2012
08:18 AM**

NO. CAAP-11-0000318

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAII, Plaintiff-Appellee v.
LINDA O'GRADY, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTI-10-183033)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant Linda W. O'Grady (Appellant) filed a Notice of Appeal on April 4, 2011; (2) on June 14, 2011, Appellant filed a Statement of Jurisdiction; (3) Appellant obtained extensions of time to file the opening brief, extending the due date to May 8, 2012; (4) on July 11, 2012, the appellate clerk informed Appellant that: (a) the time to file the opening brief expired; (b) the matter would be called to the attention of

the court on July 21, 2012; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not file the opening brief or seek relief from default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, August 15, 2012.

Presiding Judge

Associate Judge

Associate Judge